**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEPHEN IOVINO,** <br>       Plaintiff, <br>   vs. <br> **U.S. QUALITY FURNITURE SERVICES, INC.,** <br>       Defendant. | **Case No.: 13-CV-00587 YGR** <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

A Case Management Conference was held on Monday, June 17, 2013 at which the Court set the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR FOR COURT SPONSORED MEDIATION TO BE COMPLETED BY: | September 13, 2013 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | July 17, 2013 |
| NON-EXPERT DISCOVERY CUTOFF: | October 1, 2013 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: November 1, 2013 <br> Rebuttal: November 12, 2013 |
| EXPERT DISCOVERY CUTOFF: | December 13, 2013 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | February 25, 2014  (filed by Jan. 21, 2014) |
| COMPLIANCE HEARINGS  (*See* PAGE 2) | Friday, April 18, 2014 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | April 25, 2014 |
| PRETRIAL CONFERENCE: | Friday, May 9, 2014 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, May 27, 2014 at 8:30 a.m. for 5 days  (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The Court's Pretrial Instructions in Civil Cases have significant requirements, including various deadlines to prepare for trial. At a minimum, trial counsel are required to make exchanges twenty-eight days in advance of the Pretrial Conference and to <u>meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>. However, in certain cases, more time may be necessary to prepare in light of the complexities of the case.

The Compliance Hearing is intended to confirm that counsel have timely met and conferred as required by the Standing Pretrial Instructions Order and any specific such order for this action. Five (5) business days prior to the date of the compliance hearing, the parties shall file a Joint Statement confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a Joint Statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 25, 2013

                                               **YVONNE GONZALEZ ROGERS**
                                               **UNITED STATES DISTRICT COURT JUDGE**